# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>       Plaintiff,<br><br>   v.<br><br>JORGE ARMANDO VILLEGAS VELEZ, et al.,<br><br>       Defendants. | Case No.  1:21-cv-01469-AWI-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>(ECF No. 6) |

On December 9, 2021, the parties filed a stipulated request to extend the time for Defendants to file a responsive pleading to December 14, 2021. (ECF No. 6.) The Court notes that, based on the executed summons that were filed with the Court, Defendants' answers were due on November 29, 2021. (See ECF Nos. 4, 5.) The request does not, however, acknowledge Defendants' late filing, nor does it seek a post hoc extension of that deadline.

The parties are reminded that any failures to comply with filing deadlines may result in sanctions. The parties are advised that requests for extensions of time to meet filing deadlines will not routinely be granted but will only be granted upon a showing of good cause. Furthermore, requests to extend time that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension. If such a request is made after a deadline, the party seeking the nunc pro

tunc extension must show additional good cause as to why the matter was filed late. However, in this instance the Court will grant Defendants an additional four days to file their response to the complaint.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendants may have until **December 14, 2021** to file a pleading responsive to the complaint.

IT IS SO ORDERED.

Dated: **December 10, 2021**

UNITED STATES MAGISTRATE JUDGE

2