# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | Case No.  1:21-cv-01469-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| JORGE ARMANDO VILLEGAS VELEZ, et al., | |
| Defendants. | (ECF No. 16) |

On February 3, 2022, the parties filed a stipulated notice of voluntary dismissal.  (ECF No. 16.)  In light of the parties' notice of dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  IT IS FURTHER ORDERED that all deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated:  __**February 4, 2022**__

UNITED STATES MAGISTRATE JUDGE

1